UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION

RICHARD MARTIN,                                 Case No.
                                                3:21cv69-LAC-HTC
Plaintiff, v.

OKALOOSA
CORRECTION
INSTITUTION,

     Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 25, 2021 (ECF No. 3). The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file an objection pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE because Plaintiff's claims must be brought as a petition for habeas corpus relief under 28 U.S.C. § 2254.

3.      The clerk of court is directed to close this case.

**DONE AND ORDERED** this 26th day of February, 2021.


s/*L.A. Collier*
**LACEY A. COLLIER**
   **SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:21cv69/LAC/HTC